# UNITED STATES DISTRICT COURT
## Middle District of North Carolina

RICKY LYNN YATES, )
 )
       Petitioner, )
 ) 1:05CV381
v. )
 )
ERNEST SUTTON, Supt. of )
Pasquotank Correctional Institution, )
 )
       Respondent. )

FILED FEB -9 2006

## J-U-D-G-M-E-N-T

For the reasons set forth in the order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Respondent's motion for summary judgment [Pleading no. 4] be **GRANTED**, and that this action be, and is hereby, dismissed with prejudice. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

_____
UNITED STATES DISTRICT JUDGE

DATE: February 9, 2006